PROB22
(12/2016)

FILED
2022 JAN 32 AM 8:57

| TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court):<br>5:21CR01054-002 |
| --- | --- |
| | DOCKET NUMBER (Rec. Court): |

| NAME AND ADDRESS OF SUPERVISED PERSON:<br>**Reyes, Genesis Patricia** | DISTRICT:<br>SD/TEXAS | DIVISION:<br>LAREDO |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE:<br>Honorable Diana Saldaña | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | From:<br>**10/14/2021** | To:<br>**10/13/2024** |

OFFENSE: Conspiracy to transport an undocumented alien within the United States, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (v)(I)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**United States District Court for the Southern District of Texas, Laredo Division:**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Western District of Texas-San Antonio Division** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 5, 2021
Date

Honorable Diana Saldaña
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**United States District Court for the Western District of Texas, San Antonio Division:**

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

01/03/2022
Effective Date

Jason Pulliam
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| David J. Bradley | 1300 Victoria, Ste. 1131 |
| Clerk of Court | Laredo, TX 78040 |

To:**Western District of Texas, San Antonio Division**
RE: Transfer of Criminal Action No. **5:21:CR1054-2/Genesis Patricia Reyes**

Dear Sir/Madam:

Enclosed are the original or certified copy of the order transferring the above-captioned case to your district and of the docket for that case. The case file can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Texas at:

www.ecf.txsd.uscourts.gov

Please acknowledge receipt of these documents by signing the receipt below, indicating your case number and returning it to us in the enclosed envelope.

David J. Bradley
Clerk of Court

Date:  February 1, 2022                By: **Ben Mendoza**,  Deputy Clerk

Please complete and return acknowledgment to this office.

Received and filed under case number: _____

on_____ 2022.

Clerk, United States District Court

By: _____
Deputy Clerk